| | |
|---|---|
| 1 | Douglas R. Young (State Bar No. 073248) |
|   | dyoung@fbm.com |
| 2 | C. Brandon Wisoff (State Bar No. 121930) |
|   | bwisoff@fbm.com |
| 3 | Cory M. Mason (State Bar No. 240987) |
|   | cmason@fbm.com |
| 4 | Farella Braun & Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:  (415) 954-4400 |
| 6 | Facsimile:  (415) 954-4480 |
| 7 | Kim E. Brightwell, Esq. (Texas SBN 02992700) |
|   | *Applying for Pro Hac Vice* |
| 8 | kbrightwell@reevesbrightwell.com |
|   | Paul Schlaud, Esq. (Texas SBN 24013469) |
| 9 | *Applying for Pro Hac Vice* |
|   | Sinead O'Carroll, Esq. (Texas SBN 24013253) |
| 10 | *Applying for Pro Hac Vice* |
|    | Reeves & Brightwell, LLP |
| 11 | 221 West Sixth Street, Suite 1000 |
|    | Austin, TX  78701-3410 |
| 12 | Telephone:  (512) 334-4500 |
|    | Facsimile:  (512) 334-4492 |
| 13 | |
| 14 | Attorneys for Defendant |
|    | ALIENWARE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY OESTREICHER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIENWARE CORPORATION and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  07-CV-00512-MHP<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Alienware Corporation ("Alienware") and Plaintiff Harry Oestreicher ("Plaintiff"), by and through their respective counsel, hereby stipulate pursuant to Local Rule 6-

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. PURSUANT TO LOCAL RULE 6-1(a)
EXTENDING DEF'S TIME TO ANS/RESPOND TO
PLTF'S COMP. Case No.  07-CV-00512-MHP

21727\1165749.1

Dockets.Justia.com

| | |
|---|---|
| 1 | 1(a) as follows: |
| 2 | Alienware's response to Plaintiff's Complaint is currently due on or before February 1, |
| 3 | 2007. Alienware has informed Plaintiff of its intention to move to compel Plaintiff to arbitrate |
| 4 | the claims in the Complaint. Plaintiff disputes any obligation to arbitrate these claims. The |
| 5 | parties have decided to have the arbitration issue decided first, before Defendant must answer or |
| 6 | otherwise respond to the Complaint. Accordingly, the parties agree that: |

- Alienware will file a Motion to Stay Proceedings and Compel Arbitration ("Motion") on or before February 1, 2007;
- Alienware's obligation to answer or otherwise respond to Plaintiff's Complaint will be extended until after resolution of Alienware's Motion; and
- In the event the Court denies Alienware's Motion, Alienware shall have to and including thirty (30) days from the date of service of any order denying the Motion in which to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED: January 31, 2007        FARELLA BRAUN & MARTEL LLP

By: ___/s/___
C. Brandon Wisoff

Attorneys for Defendant
ALIENWARE CORPORATION

DATED: January 31, 2007        KIRTLAND & PACKARD LLP

By: _____
Michael L. Kelly

Attorneys for Plaintiff
BARRY OESTREICHER

Dated: 2/2/07



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. PURSUANT TO LOCAL RULE 6-1(a)
EXTENDING DEF'S TIME TO ANS/RESPOND TO
PLTF'S COMP. Case No. 07-CV-00512-MHP

- 2 -

21727\1165749.1