ORIGINAL

RECEIVED
JAN 31 PM 12:47
R. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HARRY OESTREICHER, on behalf of himself and all others similarly situated,
    Plaintiff(s),
v.
ALIENWARE CORPORATION and DOES 1-100, inclusive,
    Defendant(s).

CASE NO. C07-0512-MHP

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Paul Schlaud, an active member in good standing of the bar of Texas, whose business address and telephone number is Reeves & Brightwell, LLP, 221 West Sixth Street, Suite 1000, Austin TX 78701-3410, (512) 334-4500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant ALIENWARE CORPORATION,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Feb 1, 2007

United States District/Magistrate Judge
Honorable Marilyn Hall Patel

NDC-15

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARRY OESTREICHER,

    Plaintiff,

v.

ALIENWARE CORP. et al,

    Defendant.
_____/

Case Number: CV07-00512 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Schlaud
Kim E. Brightwell
Sinead O'Carroll
Reeves & Brightwell LLP
221 West Sixth Street, Suite 1000
Austin, TX 78701-3410

Dated: February 6, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk