Douglas R. Young (State Bar No. 073248)
 dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
 bwisoff@fbm.com
Cory M. Mason (State Bar No. 240987)
 cmason@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
*Pro Hac Vice* (kbrightwell@reevesbrightwell.com)
Paul Schlaud, Esq. (Texas SBN 24013469)
*Pro Hac Vice* (pschlaud@reevesbrightwell.com)
Sinead O'Carroll, Esq. (Texas SBN 24013253)
*Pro Hac Vice* (socarroll@reevesbrightwell.com)
Reeves & Brightwell, LLP
221 West Sixth Street, Suite 1000
Austin, TX  78701-3410
Telephone:  (512) 334-4500
Facsimile: (512) 334-4492

Attorneys for Defendant
ALIENWARE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY OESTREICHER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIENWARE CORPORATION and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C07-0512  MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT ALIENWARE CORPORATION'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendant Alienware Corporation ("Alienware") and Plaintiff Harry Oestreicher ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING DEF'S TIME
TO ANSWER OR OTHERWISE RESPOND TO PLTF'S
FAC – Case No. C07-0512 MHP

21727\1330117.1

1.  On August 10, 2007, the Court entered an order ("Arbitration Order") denying Alienware's motion to stay these proceedings and compel arbitration of Plaintiff's claims.

2.  Pursuant to prior stipulation and Court order, Alienware's response to the First Amended Complaint ("FAC") is due thirty days from the date of service of the Arbitration Order. Thus, Alienware's response to the FAC is currently due on or before September 10, 2007.

3.  Alienware has requested an additional ten (10) days to answer or otherwise respond to the FAC. To accommodate counsel's schedule, Plaintiff has agreed to Alienware's request. Accordingly, the parties agree that Alienware will have to and including September 20, 2007 to answer or otherwise respond to the FAC, and request that the Court adopt this agreement by order set forth below.

IT IS SO STIPULATED.

I, C. Brandon Wisoff, attest that concurrence in the filing of the above stipulation and [proposed] order has been obtained from counsel for Plaintiff.

DATED: August 29, 2007             FARELLA BRAUN & MARTEL LLP

                                   By: /s/
                                       C. Brandon Wisoff

                                   Attorneys for Defendant
                                   ALIENWARE CORPORATION

DATED: August 29, 2007             DAVID P. MEYER & ASSOCIATES, CO. LPA

                                   By: /s/
                                       Matthew R. Wilson

                                   Attorneys for Plaintiff
                                   HARRY OESTREICHER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/30/2007

                                   Honorable Judge Marilyn H. Patel
                                   United States District Judge

IT IS SO ORDERED

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING DEF'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLTF'S FAC – Case No. C07-0512 MHP

- 2 -

21727\1330117.1