1 Douglas R. Young (State Bar No. 073248)
   dyoung@fbm.com
2 C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
3 Farella Braun & Martel LLP
  235 Montgomery Street, 17th Floor
4 San Francisco, CA  94104
  Telephone:  (415) 954-4400
5 Facsimile:  (415) 954-4480

6 Kim E. Brightwell, Esq. (Texas SBN 02992700)
  *Pro Hac Vice* (kbrightwell@reevesbrightwell.com)
7 Paul Schlaud, Esq. (Texas SBN 24013469)
  *Pro Hac Vice* (pschlaud@reevesbrightwell.com)
8 Sinead O'Carroll, Esq. (Texas SBN 24013253)
  *Pro Hac Vice* (socarroll@reevesbrightwell.com)
9 Reeves & Brightwell, LLP
  221 West Sixth Street, Suite 1000
10 Austin, TX  78701-3410
   Telephone:  (512) 334-4500
11 Facsimile:  (512) 334-4492

12 Attorneys for Defendant
   ALIENWARE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY OESTREICHER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIENWARE CORPORATION and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-0512 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT ALIENWARE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT UNTIL AFTER THE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendant Alienware Corporation ("Alienware") and Plaintiff Harry Oestreicher ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. On August 10, 2007, the Court entered an order ("Arbitration Order") denying

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING DEF'S TIME
TO ANSWER OR OTHERWISE RESPOND TO PLTF'S
FAC – Case No. C07-0512 MHP

21727\1345397.1

1  Alienware's motion to stay these proceedings and compel arbitration of Plaintiff's claims.
2  Alienware has appealed the Arbitration Order and has moved this Court to stay proceedings
3  herein pending resolution of that appeal by the Ninth Circuit. Plaintiff opposes that motion to
4  stay. The Court has not yet ruled on Alienware's request for a stay pending appeal.

      2. Pursuant to prior stipulation and Court order, Alienware's response to the First Amended Complaint ("FAC") was originally due thirty days from the date of service of the Arbitration Order, on September 10, 2007.

      3. Alienware then requested an additional ten (10) days to answer or otherwise respond to the FAC. To accommodate counsel's schedule, Plaintiff agreed to Alienware's request. Pursuant to the Court's August 30, 2007 Order, Alienware's response is currently due on September 20, 2007.

      4. The initial Case Management Conference has not yet been scheduled. This Court's Standing Order requires that "[m]otions to dismiss shall not be filed before the initial Case Management Conference except by leave of court." Standing Order ¶ 4. Alienware intends to move to dismiss the FAC.

      5. In light of this Court's Standing Order and Alienware's decision to move to dismiss Plaintiff's claims, the parties have agreed that Alienware may have up to and including the day after the initial Case Management Conference to file its motion to dismiss, and request that the Court adopt this agreement by order set forth below.

IT IS SO STIPULATED.

I, C. Brandon Wisoff, attest that concurrence in the filing of the above stipulation and [proposed] order has been obtained from counsel for Plaintiff.

DATED: September 19, 2007          FARELLA BRAUN & MARTEL LLP

By: /s/
C. Brandon Wisoff

Attorneys for Defendant
ALIENWARE CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING DEF'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLTF'S FAC – Case No. C07-0512 MHP

- 2 -

21727\1345397.1

1  DATED: September 19, 2007        DAVID P. MEYER & ASSOCIATES, CO. LPA

2

3

4                                   By: ___/s/_____
                                        Matthew R. Wilson

5                                   Attorneys for Plaintiff
                                    HARRY OESTREICHER

6

7        PURSUANT TO STIPULATION, IT IS SO ORDERED.  *

8

9   DATED:  9/20/2007                _____
                                     Honorable Marilyn H. Patel
10                                   United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

16  * The Case Management Conference in this case is set for October 29, 2007 at 3:00 p.m. A joint case management conference statement shall be filed not later than October 22, 2007.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING DEF'S TIME
TO ANSWER OR OTHERWISE RESPOND TO PLTF'S          - 3 -                    21727\1345397.1
FAC – Case No. C07-0512 MHP

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 19, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT ALIENWARE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT UNTIL AFTER THE INITIAL CASE MANAGEMENT CONFERENCE

DECLARATION OF KIM E. BRIGHTWELL IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT ALIENWARE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT UNTIL AFTER THE INITIAL CASE MANAGEMENT CONFERENCE

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Patrick G. Warner (Ohio Bar No. 0064604)<br>DAVID P. MEYER & ASSOCIATES, CO. LPA<br>1320 Dublin Road, Suite 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066<br>Attorneys for Plaintiff/Appellee | Jeffrey B. Kaplan (Florida Bar No. 039977)<br>DIMOND KAPLAN & ROTHSTEIN, P.A.<br>200 S. E. 1st Street, Suite 708<br>Miami, Florida 33131<br>Telephone: (305) 374-1920<br>Facsimile: (305) 374-1961<br>Attorneys for Plaintiff/Appellee |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 19, 2007, at San Francisco, California.

/s/
Clare Hart

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING DEF'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLTF'S FAC – Case No. C07-0512 MHP

- 4 -

21727\1345397.1