Douglas R. Young (State Bar No. 073248)
    dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
    bwisoff@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
*Pro Hac Vice* (kbrightwell@reevesbrightwell.com)
Paul Schlaud, Esq. (Texas SBN 24013469)
*Pro Hac Vice* (pschlaud@reevesbrightwell.com)
Sinead O'Carroll, Esq. (Texas SBN 24013253)
*Pro Hac Vice* (socarroll@reevesbrightwell.com)
Reeves & Brightwell, LLP
221 West Sixth Street, Suite 1000
Austin, TX  78701-3410
Telephone:  (512) 334-4500
Facsimile:  (512) 334-4492

Attorneys for Defendant
ALIENWARE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY OESTREICHER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIENWARE CORPORATION and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C07-0512  MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE EARLY NEUTRAL EVALUATION PROCESS UNTIL AFTER THE RULING ON DEFENDANT ALIENWARE'S PENDING MOTION TO STAY PENDING APPEAL** |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendant Alienware Corporation ("Alienware") and Plaintiff Harry Oestreicher ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1.  On August 10, 2007, the Court entered an order ("Arbitration Order") denying Alienware's motion to stay these proceedings and compel arbitration of Plaintiff's claims.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING ENE
PROCESS UNTIL AFTER RULING ON MOTION TO STAY
– Case No. C07-0512 MHP

21727\1349315.1

1  Alienware has appealed the Arbitration Order and has moved this Court to stay proceedings
2  herein pending resolution of that appeal by the Ninth Circuit. Plaintiff has filed an opposition to
3  that motion. The Court has taken Alienware's request for a stay pending appeal under
4  submission, but has not yet ruled on the matter.
5      2.   Pursuant to prior stipulation and Court order, the parties are required to complete
6  the Early Neutral Evaluation process by November 8, 2007, 90 days from the entry of the
7  Arbitration Order.
8      3.   William F. Alderman, Esq. was appointed Early Neutral Evaluator and held a
9  conference call on September 24, 2007, with counsel for all parties present. On this call, the
10 parties agreed that it would promote efficiency to postpone Early Neutral Evaluation to within 90
11 days of issuance of the Court's order on Alienware's pending motion to stay proceedings.
12     4.   Mr. Alderman had no objection to the parties' decision to postpone Early Neutral
13 Evaluation.
14     5.   The parties have therefore stipulated that Early Neutral Evaluation shall be
15 completed within 90 days of the Court's order resolving Alienware's pending motion to stay
16 these proceedings if such motion is denied by the Court.
17    IT IS SO STIPULATED.
18    I, C. Brandon Wisoff, attest that concurrence in the filing of the above stipulation and
19 [proposed] order has been obtained from counsel for Plaintiff and from Mr. Alderman as the
20 Early Neutral Evaluator.

DATED: September 24, 2007

By:  /s/
C. Brandon Wisoff
FARELLA BRAUN & MARTEL LLP

Kim E. Brightwell, Esq.
*Pro Hac Vice*
REEVES & BRIGHTWELL LLP

Attorneys for Defendant
ALIENWARE CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING ENE
PROCESS UNTIL AFTER RULING ON MOTION TO STAY - 2 -
– Case No. C07-0512 MHP

21727\1349315.1

| | | |
|---|---|---|
| 1 | DATED: September 24, 2007 | By: /s/ |
| 2 | | Jonathan Selbin<br>LIEFF CABRASER, HEIMANN &<br>BERNSTEIN LLP |
| 3 | | |
| 4 | | David Meyer<br>DAVID P. MEYER & ASSOCIATES CO.,<br>LPA |
| 5 | | |
| 6 | | Behram Parekh<br>KIRTLAND & PACKARD LLP |
| 7 | | Attorneys for Plaintiff<br>HARRY OESTREICHER |
| 8 | NO OBJECTION. | |
| 9 | DATED: September 24, 2007 | ORRICK, HERRINGTON & SUTCLIFFE<br>LLP |
| 10 | | |
| 12 | | By: /s/<br>William F. Alderman |
| 13 | | |
| 14 | | Early Neutral Evaluator |
| 15 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 17 | DATED: 10/26/2007 | Honorable Marilyn Hall Patel<br>United States District Judge |

IT IS SO ORDERED

Judge Marilyn H. Patel

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING ENE
PROCESS UNTIL AFTER RULING ON MOTION TO STAY  - 3 -
– Case No. C07-0512 MHP

21727\1349315.1