1   Douglas R. Young (State Bar No. 073248)
        dyoung@fbm.com
2   C. Brandon Wisoff (State Bar No. 121930)
        bwisoff@fbm.com
3   Cory M. Mason (State Bar No. 240987)
        cmason@fbm.com
4   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
5   San Francisco, CA  94104
    Telephone:  (415) 954-4400
6   Facsimile:  (415) 954-4480

7   Kim E. Brightwell, Esq. (Texas SBN 02992700)
    *Pro Hac Vice*
8       kbrightwell@reevesbrightwell.com
    Paul Schlaud, Esq. (Texas SBN 24013469)
9   *Pro Hac Vice*
        pschlaud@reevesbrightwell.com
10  Sinead O'Carroll, Esq. (Texas SBN 24013253)
    *Pro Hac Vice*
11      socarroll@reevesbrightwell.com
    Reeves & Brightwell, LLP
12  221 W. Sixth Street, Suite 1000
    Austin, TX  78701-3410
13  Telephone:  (512) 334-4500
    Facsimile:  (512) 334-4492
14
    Attorneys for Defendant
15  ALIENWARE CORPORATION

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19  HARRY OESTREICHER, on behalf of         Case No. C07-0512 MHP
    himself and all others similarly situated,
20                                          *DENYING*
                                            [PROPOSED] ORDER ~~GRANTING~~
21                Plaintiff,                DEFENDANT ALIENWARE
                                            CORPORATION'S MOTION TO STAY
22      vs.                                 PROCEEDINGS DURING APPEAL

23  ALIENWARE CORPORATION and               *(set 2)*
    DOES 1-100, inclusive                   Date:   ~~October 1~~, 2007
24                                          Time:   2:00 p.m.
                  Defendants.               Dept.:  Courtroom 15
25
                                            The Honorable Marilyn Hall Patel
26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEF'S MOT.
TO STAY PROCEEDINGS DURING APPEAL –
CASE NO. C07-0512 MHP

21727\1327441.1

Defendant Alienware Corporation's ("Alienware") Motion to Stay Proceedings During

Appeal came on regularly for hearing on October ~~1~~ 29, 2007 at ~~2~~ 3:00 p.m. before this Court, the

Honorable Marilyn Hall Patel presiding.  Having considered the papers submitted by the parties,

the arguments presented by counsel, and the full record in this action, and finding good cause, IT

IS HEREBY ORDERED that:

1.   Alienware's motion is ~~GRANTED~~ *DENIED without prejudice*; and

2.   ~~This action is stayed pending resolution by the Ninth Circuit of Alienware's appeal of this Court's Order denying Alienware's Motion to Stay Proceedings and Compel Arbitration.~~

*The motions scheduled this date and discovery related thereto shall proceed. The issue of a stay shall be revisited from time to time as needed.*

DATED: _Oct 29, 2007_

_____
Honorable Marilyn Hall Patel
United States District Judge

[PROPOSED] ORDER GRANTING DEF'S MOT.
TO STAY PROCEEDINGS DURING APPEAL –                    - 1 -
CASE NO. C07-0512 MHP

21727\1166374.1