1  Jonathan D. Selbin (SBN 170222)
      jselbin@lchb.com
2  Kristen Law (SBN 222249)
      klaw@lchb.com
3  LIEFF CABRASER, HEIMANN & BERNSTEIN LLP
   275 Battery Street, 30th Floor
4  San Francisco, California 94111-3336
   Telephone:   (415) 956-1000
5  Facsimile:   (415) 956-1008

6  *Attorneys for Plaintiff*

7  [*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HARRY OESTREICHER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIENWARE CORPORATION and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-00512 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION REGARDING ALIENWARE'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hearing date: March 17, 2008<br>Time:         2:00 p.m.<br>Courtroom:    15<br>Judge:        Hon. Marilyn Hall Patel |
|---|---|

On March 12, 2008, Plaintiff filed a Request for Leave to File Statement of Recent Decision Regarding Alienware's Motion to Dismiss Plaintiff's Second Amended Complaint. Having considered the papers submitted and finding good cause, IT IS HEREBY ORDERED that Plaintiff's Request to File a Statement of Recent Decision (*Rush, et al. v. Whirlpool Corp.*, 2008 US Dist. Lexis 17210 (W.D.Ark.)) is granted.

DATED:  3/18         , 2008          _____
                                      Hon. [signature] 
                                      United [illegible]
                                      IT IS SO ORDERED
                                      Judge Marilyn H. Patel

753213.1                          - 1 -                    CASE NO. C07-00512 MHP
[PROPOSED] ORDER RE: REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION